**FILED**
June 18, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>              Plaintiff,                        )<br>v.                                                       )<br>                                                             )<br>NICOLE DAWSON,                         )<br>                                                             )<br>              Defendant.                     )<br>_____) | Case No. 2:10-cr-223 JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Nicole Dawson; Case 2:10-cr-223 JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $100,000 co-signed by Norris Dawson and Adia Dawson

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_\_    Corporate Surety Bail Bond

    X    (Other) Pretrial conditions/supervision;

Issued at  Sacramento, CA  on 6/18/2010  at  3:08 p.m.

By  /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge