```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, No. 78624
717 Washington Street, 2nd Floor
Oakland, CA 94607
Phone (510) 451-4600
Fax   (510) 451-3002

Attorney for Defendant
NICOLE DAWSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>NICOLE DAWSON, et al,<br><br>        Defendants. | No. CR 10-0223 JAM<br><br>ORDER RE:<br>APPEARANCE OF DEFENDANT |

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant NICOLE DAWSON need not be present at all court appearances in the instant case prior to trial unless specifically ordered by the Court.

      SO ORDERED.

_____      _____
Date 9/10/10                      /s/ John A. Mendez

                                 HONORABLE JOHN A. MENDEZ
                                 United States District Judge