```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
EMILY E. DORINGER (SBN 208727)
JONATHAN C. TURNER, Of Counsel (SBN 191540)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
NICOLE DAWSON
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>NICOLE DAWSON,<br><br>        Defendant. | Case No.: 2:10 CR-0223 JAM<br><br>ASSOCIATION OF ATTORNEY |

I, NICOLE DAWSON, defendant in the above-entitled case, hereby associates CLYDE M. BLACKMON, as my attorney in the above-entitled matter to represent me in association with my current counsel, Paul D. Wolf.

Dated:  01/06/11                  ___//s//_____
                                  NICOLE DAWSON, Defendant

The undersigned consents to the association.

Dated:  01/10/11                  ___//s//_____
                                  PAUL D. WOLF


Dated:  01/06/11                  ___//s//_____
                                  CLYDE M. BLACKMON
                                  BLACKMON & ASSOCIATES

- 1 -

ASSOCIATION OF ATTORNEY

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2   UPON REQUEST OF DEFENDANT, NICOLE DAWSON, and good cause
3 appearing therefore, it is hereby ordered that CLYDE M.
4 BLACKMON, be associated as attorney of record for the defendant,
5 NICOLE DAWSON, in the above-entitled matter along with PAUL D.
6 WOLF.
7 **IT IS SO ORDERED.**

9 DATED: 1/10/2011          /s/ John A. Mendez_____
                             JOHN A. MENDEZ
10                           United States District Judge

- 2 -

ASSOCIATION OF ATTORNEY

PDF created with pdfFactory trial version www.pdffactory.com