```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, No. 78624
717 Washington Street, 2nd Floor
Oakland, CA 94607
Phone (510) 451-4600
Fax   (510) 451-3002

Attorney for Defendant
NICOLE DAWSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0223 JAM |
| ) | |
| Plaintiff, ) | **SUBSTITUTION OF** |
| ) | **COUNSEL** |
| v. ) | **ORDER** |
| ) | |
| NICOLE DAWSON, et al, ) | |
| ) | |
| Defendants. ) | |

Defendant Nicole Dawson hereby substitutes Blackmon and Associates, 813 6th Street, Suite 450, Sacramento, CA 95814-2403, telephone number (916) 441-0824, as her attorney in the above captioned case in place of the Law Offices of Paul Delano Wolf, 717 Washington Street, Oakland, CA 94607, telephone number (510) 451-4600.

I request and consent to the substitution.

4/14/2011                            /s/Nicole Dawson
Date                                 NICOLE DAWSON

I accept the substitution.

4/14/2011                            /s/ Clyde Blackmon
Date                                 CLYDE BLACKMON

//

I consent to the substitution.

| | |
|---|---|
| 4/15/2011 | /s/ Paul Delano Wolf |
| Date | PAUL DELANO WOLF |

IT IS SO ORDERED.

Date: 4/15/2011

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court

SUBSTITUTION OF COUNSEL                - 2 -