```
CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
901 F STREET, SUITE 200
Sacramento, CA  95814
Telephone: (916) 444-9845

Attorneys for Defendant,
NICOLE DAWSON
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NICOLE DAWSON,<br><br>　　　　Defendant. | Case No.: 2:10 CR-0223 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:　July 24, 2012<br>Time:　9:45 a.m.<br>Ctrm:　6 (JAM) |

　　　The United States of America, through its counsel Assistant U. S. Attorney Philip A. Ferrari, and defendant Nicole Dawson, through her counsel Clyde M. Blackmon, stipulate that the status conference regarding the imposition of judgment and sentence upon Ms. Dawson now scheduled for 9:45 a.m. on July 24, 2012, may be continued to September 25, 2012, at 9:45 a.m.

　　　A continuance of the status conference is necessary because, while Ms. Dawson's case has been resolved by way of a guilty plea, the charges against some other defendants in the case are still pending and information pertaining to the resolution of the charges against those defendants may be helpful to the Court in fashioning a sentence for Ms. Dawson. Therefore, the parties request that the status conference

- 1 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1 regarding the imposition of judgment and sentence pertaining to
2 Ms. Dawson be continued to September 25, 2012, at 9:45 a.m.
3 **IT IS SO STIPULATED.**
4 DATED:   July 19, 2012          By: //s// Philip A. Ferrari
                                      Philip A. Ferrari
5                                     Assistant U.S. Attorney

6 DATED:   July 19, 2012          By: //s// Clyde M. Blackmon
7                                     CLYDE M. BLACKMON,
                                      ROTHSCHILD WISHEK & SANDS
8                                     LLP, Attorneys for
9                                     Defendant NICOLE DAWSON

1 **ORDER**

2 Good cause appearing upon the stipulation of the parties,
3 it is ordered that the status conference regarding the
4 imposition of judgment and sentence upon Nicole Dawson now
5 scheduled for July 24, 2012, is continued to 9:45 a.m. on
6 September 25, 2012.

7 **IT IS SO ORDERED:**

8

9 DATED: July 19, 2012        /s/ John A. Mendez
                              Hon. John A. Mendez
10                            United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE