```
BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
TODD A. PICKLES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S 10-223 JAM |
| Plaintiff, | STIPULATION RESCHEDULING HEARINGS ON JUDGMENT AND |
| v. | SENTENCE; ORDER |
| DANA FAULKNER, RONALD BURRIS, and NICOLE DAWSON, | Date: August 13, 2013 Time: 9:45 a.m. |
| Defendants. | Hon. John A. Mendez |

It is hereby stipulated by and between the United States of America through its attorneys, and defendants Dana Faulkner, Ronald Burris, and Nicole Dawson and their attorneys, that the hearings on Judgment and Sentence, currently set for May 21, 2013, June 25, 2013, and June 4, 2013, respectively, be VACATED, and that hearings on Judgment and Sentence for all three defendants be set for August 13, 2013 at 9:45 a.m.  Each of these defendants is still engaged in fulfilling obligations undertaken as part of their plea agreements. Further, the parties suggest the following schedule be implemented with respect to sentencing:

```
Hearing on Judgment and Sentence:        August 13, 2013
Formal Objections To PSR:                August 6, 2013
Final PSR Issued:                        July 23, 2013
Informal Objections to Draft PSR:        July 2, 2013
```

DATED: April 26, 2013          /s/ Philip Ferrari for
                               ADANTE POINTER, ESQ.
                               Attny. for Dana Faulkner


DATED: April 26, 2013          /s/ Philip Ferrari for
                               MICHAEL HANSEN, ESQ.
                               Attny. for Ronald Burris


DATED: April 26, 2013          /s/ Philip Ferrari for
                               CLYDE BLACKMON, ESQ.
                               Attny. for Nicole Dawson


DATED: April 26, 2013          BENJAMIN B. WAGNER
                               United States Attorney

                         By:   /s/ Philip Ferrari
                               PHILIP A. FERRARI
                               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-10-0223 JAM |
| ) | |
| Plaintiff, ) | ORDER SETTING SENTENCING |
| ) | SCHEDULE |
| v. ) | |
| ) | |
| DANA FAULKNER, ) | |
| RONALD BURRIS, and ) | |
| NICOLE DAWSON, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Based upon the request of the parties, the hearings on judgment and sentence currently set for defendants Dana Faulkner (May 21) Ronald Burris (June 25) and Nicole Dawson (June 4), are hereby VACATED. The hearings on judgment and sentence for all three shall occur on August 13, 2013, at 9:45 am, and the parties shall adhere to the following schedule:

| | |
|---|---|
| Hearing on Judgment and Sentence: | August 13, 2013 |
| Formal Objections To PSR: | August 6, 2013 |
| Final PSR Issued: | July 23, 2013 |
| Informal Objections to Draft PSR: | July 2, 2013 |

**IT IS SO ORDERED.**

DATED: 4/26/2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE