1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   NICOLE DAWSON

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

| UNITED STATES OF AMERICA, | Case No.: 2:10 CR-0223 JAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER SETTING SENTENCING DATE AND REFERRING MATTER FOR UPDATED PRESENTENCE INVESTIGATION REPORT |
| NICOLE DAWSON, | |
| Defendant. | Date:  June 10, 2014<br>Time:  9:30 a.m.<br>Judge: John A. Mendez |

     The United States of America, through its counsel Assistant
U. S. Attorney Philip A. Ferrari, and defendant Nicole Dawson,
through her counsel Clyde M. Blackmon, hereby stipulate that the
status conference regarding sentencing in this matter which is
now set for 9:30 a.m. on June 10, 2014, may be dropped from the
Court's calendar and that the imposition of judgment and
sentence upon Ms. Dawson be set for 9:30 a.m. on August 12,
2014.  It is further stipulated that the matter be referred to
the Probation Department for an updated Presentence
Investigation Report ("PSR") to be filed with the Court and
served on the parities no later than August 5, 2014.

- 1 -

STIPULATION AND [PROPOSED] ORDER SETTING SENTENCING DATE AND REFERRING MATTER
FOR UPDATED PRESENTENCE INVESTIGATION REPORT

1    An updated PSR is needed because Ms. Dawson entered her
2 plea of guilty on September 6, 2011, and a PSR was filed April
3 23, 2013, some 16 months before she will be sentenced in August
4 of 2014.  Therefore, the parties stipulate that the matter may
5 be referred for an updated PSR.
6    **IT IS SO STIPULATED.**

7 DATED:    June 4, 2014          By: //s// Clyde M. Blackmon for
8                                      Philip A. Ferrari
                                       Assistant U.S. Attorney
9
  DATED:    June 4, 2014          By: //s// Clyde M. Blackmon
10                                     CLYDE M. BLACKMON,
                                       ROTHSCHILD WISHEK & SANDS
11                                     LLP, Attorneys for
                                       Defendant NICOLE DAWSON
12

- 2 -

STIPULATION AND [PROPOSED] ORDER SETTING SENTENCING DATE AND REFERRING MATTER
FOR UPDATED PRESENTENCE INVESTIGATION REPORT

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the status conference regarding the sentencing of Nicole Dawson now scheduled for June 10, 2014, is dropped from the Court's calendar and sentencing of Ms. Dawson is set for 9:30 a.m. on August 12, 2014.  It is further ordered that the matter is referred to the Probation Department for the preparation of an updated Presentence Investigation Report to be filed with the Court and served on the parties no later than August 5, 2014.

**IT IS SO ORDERED:**

DATED:  6/4/2014           /s/ John A. Mendez_____
                           JOHN A. MENDEZ
                           United States District Court Judge

STIPULATION AND [PROPOSED] ORDER SETTING SENTENCING DATE AND REFERRING MATTER FOR UPDATED PRESENTENCE INVESTIGATION REPORT